IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS EDWARD JURKOWICH,
    Petitioner,

vs.                              Case No.: 3:10cv549/RV/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 29, 2011 (doc. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 18) is **GRANTED** on the ground that Petitioner's claims are procedurally barred from federal review.

    3.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    4.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of January, 2012.

                                    /s/ *Roger Vinson*
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**